| | |
|---|---|
| **From:** | DeOrchis, Vincent M. <VDeOrchis@mmwr.com> |
| **Sent:** | Sunday, July 30, 2023 5:05 PM |
| **To:** | KARPOUSIS, JOHN |
| **Cc:** | Semenoro, Timothy; ███████████████████████; PALLAY, MATTHEW; HONEA, TANNER; Robert Suarez; Gino Zonghetti; claudio@castlerockrisk.com; peter.deegan@abl-group.com; James Kline; dtantrum@martinottaway.com; greg.rogers@burgoynes.com; Anil Nagalingam; MMWR_Grand_Costa_Davorio |
| **Subject:** | Re: GRANDE COSTA D'AVORIO - evidence preservation |

John,

I can't give you owners responses. I can only state at this time that I have heard "rumor" that the vessel had a market value of around 30 million" at the time of the incident, and I have "hear rumor" that the owner is trying to get estimates for repair "in the Mediterranean" and elsewhere . That is all I know: rumors.


Vincent M DeOrchis, Partner
Montgomery McCracken Walker & Rhoads, LLp
437 Madison Avenue
New York, NY 10022
917 566 9623
Sent From My iPhone




**Vincent M DeOrchis** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Avenue | New York, NY 10022
Tel: 212-551-7730 | Fax: 212-599-5085 | vdeorchis@mmwr.com | Attorney Profile



Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you

> On Jul 30, 2023, at 4:28 PM, KARPOUSIS, JOHN <KARPOUSI@freehill.com> wrote:
>
>
> 
> **\*\*CAUTION\*\* External Email**
>
> Vince-
>
> I will take answers to my questions on a without prejudice basis—I just want a ballpark response form Owners in good faith....

1

Upon information and belief and without prejudice, the purchase, maintenance and repair records for the Jeep rests with Ports America, but I do not speak for them and defer to them.

The driver of the Jeep is still employed.

**From:** DeOrchis, Vincent M. <VDeOrchis@mmwr.com>
**Sent:** Sunday, July 30, 2023 4:22 PM
**To:** KARPOUSIS, JOHN <KARPOUSI@FREEHILL.COM>
**Cc:** Semenoro, Timothy <tsemenoro@mmwr.com>; ; PALLAY, MATTHEW <PALLAY@FREEHILL.COM>; HONEA, TANNER <HONEA@FREEHILL.COM>; Robert Suarez <robert.suarez@kdvlaw.com>; Gino Zonghetti <gzonghetti@kdvlaw.com>; claudio@castlerockrisk.com; peter.deegan@abl-group.com; James Kline <jkline@martinottaway.com>; dtantrum@martinottaway.com; greg.rogers@burgoynes.com; Anil Nagalingam <anil.nagalingam@burgoynes.com>; MMWR_Grand_Costa_Davorio <MMWR_Grand_Costa_Davorio@mmwr.com>
**Subject:** Re: GRANDE COSTA D'AVORIO - evidence preservation

Dear John,

All of those questions are being worked on with Coast Guard, Salvors, underwriters, and Class. When we can give definitive answers, we will let you know.

In the meantime, who has the purchase, maintenance and repair records for the Jeep? Is that AMS or Ports America?

Is the driver of the Jeep still employed?

Regards,


Vincent M DeOrchis, Partner
Montgomery McCracken Walker & Rhoads, LLp
437 Madison Avenue
New York, NY 10022
917 566 9623
Sent From My iPhone



**Vincent M DeOrchis** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Avenue | New York, NY 10022
Tel: 212-551-7730 | Fax: 212-599-5085 | vdeorchis@mmwr.com | Attorney Profile



Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you

On Jul 30, 2023, at 4:16 PM, KARPOUSIS, JOHN <KARPOUSI@freehill.com> wrote:

**CAUTION** External Email

noted.

can you provide answers to the following questions:

1. is there a timetable for the vessel's departure?
2. If so, where is it going, for what purpose, and when?
3. Also, have any valuation estimates been made with respect to the vessel both pre-casualty and post casualty?
4. If the answer to number 3 is yes, please provide those figures pre and post casualty?
5. In this vein, do we have figures for the value of the damaged cargo both pre and post casualty yet?

many thanks-
John K.

**From:** DeOrchis, Vincent M. <VDeOrchis@mmwr.com>
**Sent:** Sunday, July 30, 2023 4:13 PM
**To:** KARPOUSIS, JOHN <KARPOUSI@FREEHILL.COM>
**Cc:** Semenoro, Timothy <tsemenoro@mmwr.com>; PALLAY, MATTHEW <PALLAY@FREEHILL.COM>; HONEA, TANNER <HONEA@FREEHILL.COM>; Robert Suarez <robert.suarez@kdvlaw.com>; Gino Zonghetti <gzonghetti@kdvlaw.com>; claudio@castlerockrisk.com; peter.deegan@abl-group.com; James Kline <jkline@martinottaway.com>; dtantrum@martinottaway.com; greg.rogers@burgoynes.com; Anil Nagalingam <anil.nagalingam@burgoynes.com>; MMWR_Grand_Costa_Davorio <MMWR_Grand_Costa_Davorio@mmwr.com>
**Subject:** Re: GRANDE COSTA D'AVORIO - evidence preservation

John,

Appreciate the clarification. We have been trying to find out for three weeks who owned the Jeep. Would be helpful
If we could get the contract between AMS and Ports America.

But please do advise us on the backup of the phones as soon as convenient. That is critical.

Regards,


Vincent M DeOrchis, Partner
Montgomery McCracken Walker & Rhoads, LLp

3