

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York 10036

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Paul Myung Han Kim
T  +1 212 872 9841
paul.kim@squirepb.com

August 16, 2023

**VIA ECF**

The Honorable Evelyn Padin, *U.S.D.J.*
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

*In re Petition of American Maritime Services of New York*
*to Preserve Evidence in Aid of Anticipated Litigation Pursuant to Fed. R. Civ. P. 27*
**United States District Court, District of New Jersey, Case No.:  23CV4109(EP)**

**Confirmation of Provision of Notice to the City of Newark and Corporation Counsel**

Hon. Evelyn Padin:

      This firm represents The Port Authority of New York and New Jersey ("PANYNJ").  We respectfully submit this letter to inform the Court that notice of this discovery proceeding has been sent to the City of Newark and the Corporation Counsel pursuant to the August 15, 2023 Order.

      The attached letters were sent for delivery today by messenger and by Federal Express to (1) Ms. Danielle Smith, Director of Finance for the City of Newark, who is identified under the notice provision of the PANYNJ's lease agreement with the City of Newark for Port Newark, (2) Mr. Kenyatta Stewart, Corporation Counsel for the City of Newark, and (3) Mr. Eric S. Pennington, Business Administrator for the City of Newark, who is the PANYNJ's primary business contact for Port Newark.

      We would be pleased to provide a copy of this notice to any additional individual for the City of Newark as directed by the Court.

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

1097050218\1\AMERICAS

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Paul Myung Han Kim*

Paul Myung Han Kim

cc:      All counsel of record (via ECF)

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

1097050218\1\AMERICAS