# Newark

Ras J. Baraka
Mayor

**Department of Law**

920 Broad Street
Room 316
Newark NJ 07102
973-733-3880 Main
973 733-5394 Fax

Kenyatta Stewart
Corporation Counsel

Gary S. Lipshutz
First Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

August 18, 2023

**Via ECF**
Hon. Evelyn Padin, U.S.D.J.
United States District Court
District of New Jersey
US Post Office and Court House
Newark, New Jersey 07102

Re:   **In re Petition of American Maritime Services of New York**
      CIVIL ACTION NO. 23-cv-4109 (EP)

### Request to Join Petition as an Interested Party

Dear Judge Padin:

On behalf of the City of Newark, we have entered an appearance in this matter.

### First

The families of deceased firefighters Brooks and Acabou have retained Mark Apostolos, Esq., of Sullivan Papain Block McGrath & Cannavo, P.C., 25 Main Street, Suite 602, Hackensack, NJ 07601, to represent their interests. His phone number is 201-342-0037. His email address is Mapostolos@triallaw1.com.

I have spoken to Mr. Apostolos to advise him of this litigation and to take whatever steps he deems necessary.

### Second

The City of Newark's involvement in this matter consists of the response of its Fire Division to the report of a fire onboard M/V Costa Grande, and its efforts to extinguish the fire, which resulted in the tragic loss of firefighters Brooks and Acabou. Accordingly, while the City of Newark does not anticipate being brought into resulting litigation, and disclaims any responsibility for the fire or the consequences, we recognize that there may be a very short window to access the vessel for inspection, and also that depositions of crew members may occur in short order.

**In re Petition of American Maritime Services of New York**
CIVIL ACTION NO. 23-cv-4109 (EP)
August 18, 2023
Page - 2 –

    Respectfully, the City of Newark believes that it is an interested party and requests that it be provided access and participation rights in the discovery sought by the Petitioner.

                                              Respectfully,

                                              Kenyatta Stewart
                                              Corporation Counsel

                                              By: /s/ Gary S. Lipshutz
                                                    Gary S. Lipshutz
                                                    First Assistant Corporation Counsel

/GSL