

**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**John J. Levy**
Senior Counsel
Admitted in: New Jersey, New York & Pennsylvania{}Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial:   856-488-7739
Fax:           856-488-7720
Email:         jlevy@mmwr.com

September 5, 2023

Hon. Evelyn Padin, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   **In the Matter of the Verified Petition of American Maritime Services of New York to Preserve Evidence in Aid of Anticipated Litigation Pursuant to Rule 27 Fed. R. Civ. P.
Civil Action No. 2:23-cv-04109-EP-JRA**

Dear Judge Padin:

Pursuant to the Court's August 16, 2023, Text Order (Document No. 33), and with the consent of all parties, I am writing on behalf of Respondent Grimaldi Deep Sea S.P.A., to advise the Court that the Rule 27 deposition of crew member, Darme Cabungcal (Electrician), was completed on Friday September 1, 2023, and he will, by mutual agreement of the parties, now leave the jurisdiction of the Court. I must add that Mr. Cabungcal reports that his dear mother passed away over the weekend and that he wants to return to the Philippines as soon as possible to attend her funeral. I expect that his employer will be making travel arrangements today.

Respectfully submitted,

*John J. Levy*

John J. Levy

JJL:med
Enclosures
cc:   All Counsel of Record *via ECF notification*

MONTGOMERY McCRACKEN WALKER & RHOADS LLP
PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
MICHAEL J. FEKETE, NEW JERSEY RESPONSIBLE PARTNER

6313478v4