

**Gino A. Zonghetti**
**Managing Partner**
**Direct Dial:  201-708-8240**
**Email: gzonghetti@kdvlaw.com**

Kaufman Dolowich & Voluck, LLP

Court Plaza North
25 Main Street, Suite 500
Hackensack NJ 07601

Telephone 201-488-6655
Facsimile 201-488-6652

www.kdvlaw.com

**Via ECF:**
The Honorable Jose R. Almonte
U.S. District of New Jersey (Newark Division)
2 Federal Square
Newark, NJ 07102

                    Re:      Docket No.: 2:23-cv-04109-EP-JRA
                             M/V GRANDE COSTA D'AVORIO / IMO No: 9465382
                             Fire on or about July 5, 2023
                             Discovery Dispute

Dear Judge Almonte:

      We represent Ports America in this litigation which was commenced pursuant to an application pursuant to Fed.R.Civ.P. 27 to preserve testimony, specifically that of crew members aboard M/V GRANDE COSTA D'AVORIO at the time of the July 5, 2023 fire that resulted in the death of two firefighters. The parties have been in contact with the Court regarding a pressing discovery issue, specifically the refusal of the vessel owner Grimaldi to provide information in its possession from the Vessel that documented communications on the vessel between crew members captured on a device referred to as a Vessel Data Recorder ("VDR").  The crew members are foreign nationals who have been retained in the United States most recently for purposes of providing depositions to preserve their testimony. We have requested from counsel for Grimaldi the VDR recording so that we can obtain accurate testimony as to the events that transpired on the vessel during the fire.  Counsel for Grimaldi, who has commented during a deposition that one of the previously deposed witnesses had given inaccurate testimony based upon counsel's review of the VDR recording (see the enclosed), has refused to provide the VDR recording to counsel for the other parties, which include counsel for the deceased firefighters.

      Today, the parties are in the process of deposing the Vessel's Chief Mate, Benito LaFauci. This is the second ranking officer on the Vessel and a crew member who was very actively involved in the firefighter. Chief Mate LaFauci testified that in preparation for this deposition he listed to the VDR last week with his attorney, Thomas Tisdale and the attorney for Grimalid, John Levy.  The parties thereafter renewed their request for production of the VDR.  It, again, has been refused.

      The parties are entitled to be provided with documents and recordings reviewed by a witness in preparation of a deposition. "Where documents used to prepare a deponent are not privileged, that information must be provided in discovery." CHARLES ALAN WRIGHT & VICTOR JAMES GOLD, 28 FED. PRAC. & PROC. EVID. § 6187 (1993); *Coryn Grp. II, LLC v. O.C. Seacrets, Inc.,* 265 F.R.D. 235, 240 (D. Md. 2010).

   We accordingly respectfully request an immediate telephone conference with the Court for the purpose of obtaining a ruling on this issue.  We note that the Chief Mate is in the process of testifying and the parties are required to complete all depositions of crew by September 15, 2023. Accordingly, to the extent this issue can be promptly resolve it would be in the interests of all parties.

   We thank the Court for its attention to this matter.

               Very truly yours,
               Kaufman, Dolowich & Voluck, LLP

               Gino A. Zonghetti