PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†△
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*
J. TANNER HONEA*^
RYAN BYRNES*
BARBARA G. CARNEVALE*
LAINA BORIS*†
BLAINE PAYER
JASON H. KRAMER

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

May 1, 2024

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813
_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377
_____

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO

**Via ECF**
Honorable Jose R. Almonte
United States District Court
District of New Jersey
2 Federal Square
Newark, New Jersey 07102

      Re:    No. 2:23-cv-04109-EP-JRA
                M/V GRANDE COSTA D'AVORIO / IMO No: 9465382
                Fire on or about July 5, 2023
                Status Update
--------------------------------------------------------------------------------

Dear Judge Almonte:

      The Court issued an order (Dkt. No. 69) directing the parties to file a joint status report on May 1, 2024, updating the Court as to the status of a separate, but related action (the "Limitation Action" (2:23-cv-20340-JXN-JBC)) and whether the administrative termination of this case should continue, and if so, for how long.

      The parties have conferred regarding a draft joint status report, but some parties require additional time to confer with co-counsel and consult with their clients regarding the contents of the report. On behalf of the parties, AMS therefore respectfully requests a short, 7-day extension of the Court's deadline to file a joint status report, requiring the report to be filed by May 8, 2024.

      We thank the Court for its courtesies in this regard.

                                           Very truly yours,
                                           FREEHILL HOGAN & MAHAR LLP

                                           John F. Karpousis
                                           J. Tanner Honea

611129.1

Matthew J. Pallay

Encl.
cc:

    John J. Levy, Esq.
    Timothy Semenoro, Esq.
    Robert E. O'Connor
    Montgomery McCracken Walker & Rhoads LLP
    437 Madison Avenue, 24th Floor
    New York, New York 10022
    (212) 867-9500
    jlevy@mmwr.com
    tsemenoro@mmwr.com
    roconnor@mmwr.com
    *Counsel for M/V GRANDE COSTA D'AVORIO*
    *and Grimaldi Deep Sea S.P.A. (owner)*

    Gino Zonghetti, Esq.
    Robert Suarez, Esq.
    Kaufman Dolowich & Voluk
    25 Main Street, Suite 500
    Hackensack, NJ 07601
    (201) 488-6655
    gzonghetti@kdvlaw.com
    robert.suarez@kdvlaw.com
    *Counsel for Ports of America*

    Mark A. Apostolos, Esq.
    Sullivan Papain Block McGrath Coffinas & Cannavo P.C.
    120 Broadway, New York, NY 10271
    (212)732-9000
    MApostolos@triallaw1.com
    *Counsel for Estates of* Messrs. *Brooks and Acabou*

    Paul M. Kim
    Squire Patton Boggs (US) LLP
    30 Rockefeller Plaza, 23rd Floor
    New York, NY 10112
    212-872-9800
    paul.kim@squirepb.com
    *Counsel for The Port Authority of New York and New Jersey*

    Gary S. Lipshutz, Esq.
    City of Newark Department of Law
    920 Broad Street, Room 316

611129.1

FREEHILL HOGAN & MAHAR LLP

Newark, NJ 07102
(973) 733-5945
lipshutzg@ci.newark.nj.us
*Counsel for City of Newark*

Timothy J. Nast, Esq.
Tisdale & Nast Law Offices, LLC
405 Lexington Ave., 26th Floor
New York, NY 10174
212-354-0025
tnast@tisdale-law.com
*Counsel for Alessandro Moretti and Benito Lafauci*

611129.1

FREEHILL HOGAN & MAHAR LLP